UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INDEPENDENCE BANK,<br>　　*Plaintiff,*<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, and<br>RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION,<br>　　*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>:　　C.A. No. 1:23-cv-00447-JJM-PAS<br>:<br>:<br>:<br>:<br>:<br>: |

## **STIPULATION**

By agreement of the parties the following stipulation may hereby enter:

1. Rhode Island Department of Business Regulation (hereinafter, "Defendant") shall have up to and including December 15, 2023, to answer or otherwise respond to the Complaint of Independence Bank (hereinafter, "Plaintiff").

*[Remainder of page intentionally left blank.]*

1

Respectfully submitted,

| Plaintiff, | Defendant, |
|---|---|
| **INDEPENDENCE BANK** | **RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION** |
| By: | By: |
| */s/ Travis J. McDermott* | **PETER F. NERONHA** |
| Travis J. McDermott, Bar No. 8738 | **ATTORNEY GENERAL** |
| Partridge Snow & Hahn LLP | |
| 40 Westminster Street, Suite 1100 | */s/ Matthew I. Shaw* |
| Providence, RI 02903 | Matthew I. Shaw, Bar No. 7325 |
| Tel: (401) 861-8200 | Assistant Attorney General |
| Fax: (401) 861-8210 | Office of the Attorney General |
| tmcdermott@psh.com | 150 South Main Street |
| | Providence, RI 02903 |
| | Tel: (401) 274-4400 ext. 2226 |
| | Fax: (401) 222-2995 |
| | mshaw@riag.ri.gov |

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document through the ECF filing system on this 16th day of November, 2023 and that it is available for viewing and downloading.

*/s/ Matthew I. Shaw*