# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INDEPENDENCE BANK,<br> *Plaintiff,*<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, and<br>RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION,<br> *Defendants*. | C.A. No. 1:23-cv-00447-JJM-PAS |

## SECOND STIPULATION

By agreement of the parties, the following stipulation may hereby enter:

1. Rhode Island Department of Business Regulation (hereinafter, "Defendant") shall have up to and including January 2, 2024, to answer or otherwise respond to the Complaint of Independence Bank (hereinafter, "Plaintiff").

*[Remainder of page intentionally left blank.]*

Respectfully submitted,

| | |
|---|---|
| Plaintiff, | Defendant, |
| **INDEPENDENCE BANK** | **RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION** |
| By: | By: |
| */s/ Travis J. McDermott* | **PETER F. NERONHA** |
| Travis J. McDermott, Bar No. 8738 | **ATTORNEY GENERAL** |
| Partridge Snow & Hahn LLP | |
| 40 Westminster Street, Suite 1100 | */s/ Richard L. Gemma* |
| Providence, RI 02903 | Richard L. Gemma, Bar No. 3953 |
| Tel: (401) 861-8200 | Special Assistant Attorney General |
| Fax: (401) 861-8210 | Office of the Attorney General |
| tmcdermott@psh.com | 150 South Main Street |
| | Providence, RI 02903 |
| | Tel: (401) 274-4400 ext. 2088 |
| | Fax: (401) 222-2995 |
| | rgemma@riag.ri.gov |

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document through the ECF filing system on this 12th day of December 2023 and that it is available for viewing and downloading.

*/s/ Richard L. Gemma*