# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| INDEPENDENCE BANK,<br>    *Plaintiff,*<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, and<br>RHODE ISLAND DEPARTMENT OF<br>BUSINESS REGULATION,<br>    *Defendants*. | :<br>:<br>:<br>:<br>:<br>:    C.A. No. 1:23-cv-00447-JJM-PAS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **STIPULATION**

By agreement of the parties, the following stipulation may hereby enter:

1. Independence Bank ("Plaintiff") shall have up to and including March 19, 2024, to respond to the Motion to Dismiss Plaintiff's Amended Complaint filed by Rhode Island Department of Business Regulation ("Defendant") on or about February 27, 2024.

*[Remainder of page intentionally left blank.]*

Respectfully submitted,

| Plaintiff, | Defendant, |
|---|---|
| INDEPENDENCE BANK | RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION |
| By: | By: |
|  | PETER F. NERONHA<br>ATTORNEY GENERAL |
| */s/ Travis J. McDermott* | */s/ Richard L. Gemma* |
| Travis J. McDermott, Bar No. 8738 | Richard L. Gemma, Bar No. 3953 |
| PARTRIDGE SNOW & HAHN LLP | Special Assistant Attorney General |
| 40 Westminster Street, Suite 1100 | Office of the Attorney General |
| Providence, RI 02903 | 150 South Main Street |
| Tel: (401) 861-8200 | Providence, RI 02903 |
| Fax: (401) 861-8210 | Tel: (401) 274-4400 ext. 2088 |
| tmcdermott@psh.com | Fax: (401) 222-2995 |
|  | rgemma@riag.ri.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March 2024, I filed the foregoing document through the Court's CM/ECF system, where it is available for viewing and downloading. It will be sent electronically to the counsel who are registered participants as identified on the Notice of Electronic Filing.

*/s/ Travis J. McDermott*

4881-9752-9261.1/008744-0051