UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INDEPENDENCE BANK,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 23-cv-00447-JJM-PAS |

### FDIC'S NOTICE OF FILING OF INDEX OF ADMINISTRATIVE RECORD AND SERVICE OF ADMINISTRATIVE RECORD

In accordance with this Court's Text Order of March 1, 2024 and 5 U.S.C. § 706, defendant Federal Deposit Insurance Corporation ("FDIC") hereby submits the certified index of contents of the administrative record underlying the FDIC Board's December 5, 2023 final determination. The FDIC also provides notice it has served plaintiff Independence Bank with a full copy of the administrative record.

Dated:  April 1, 2024

                                                By:  /s/ Erik Bond
                                                     ERIK BOND, NYS Bar No 4316030
                                                     Counsel, Corporate Litigation Unit
                                                     erbond@fdic.gov

                                                     Attorney for defendant FDIC
                                                     3501 N. Fairfax Drive
                                                     Arlington, VA 22226
                                                     Telephone: (571) 214-6647
                                                     Fax: (703) 562-2477

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INDEPENDENCE BANK,<br><br>              Plaintiff,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,<br><br>              Defendants. | Case No. 23-cv-00447-JJM-PAS |

### DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION'S
### CERTIFIED LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD

    I, James P. Sheesley, Assistant Executive Secretary of the Federal Deposit Insurance Corporation ("FDIC"), hereby certify that the documents listed below constitute the Administrative Record underlying the FDIC Board's December 5, 2023 resolution withholding consent to terminate the insured status of Independence Bank, East Greenwich, Rhode Island (the "Bank") pursuant to sections 18(i)(3) and 18(i)(4) of the Federal Deposit Insurance Act, until the Bank satisfies certain conditions, as specified in the resolution.

    Dated: March 29, 2024

*JAMES SHEESLEY* — Digitally signed by JAMES SHEESLEY
Date: 2024.03.29 10:53:11 -04'00'

_____
James P. Sheesley
Assistant Executive Secretary, FDIC

## *Independence Bank v. FDIC*
## Administrative Record Index

| Date | Description | Bates |
|---|---|---|
| July 25, 2019 | Consent Order In the Matter of Independence Bank, Greenwich, RI; FDIC-19-0091b; DBR No. 19BK012 | FDICAR000001-FDICAR000013 |
| March 2022 | Independence Bank Strategic Plan – 2022-2024 | FDICAR000014-FDICAR000219 |
| December 22, 2022 | Independence Bank SARC Appeal Package | FDICAR000220-FDICAR000313 |
| January 9, 2023 | FDIC and RIDBR Joint Letter re Strategic Plan Clarification | FDICAR000314 |
| February 9, 2023 | Independence Bank Letter re Terminating FDIC Insured Status and Banking Charter | FDICAR000315-FDICAR000316 |
| February 22, 2023 | FDIC Letter in response to February 9, 2023 Independence Bank Letter Notice of Voluntary Termination of FDIC Insurance | FDICAR000317 |
| February 23, 2023 | FDIC Memorandum to File re 2/22/23 Conference Call with Independence Bank President | FDICAR000318-FDICAR000320 |
| March 15, 2023 | FDIC and RIDBR Joint Letter re Strategic Plan and Dividends | FDICAR000321-FDICAR000322 |
| March 22, 2023 | Independence Bank response to March 15, 2023 FDIC and RIDBR Joint letter | FDICAR000323-FDICAR000324 |
| March 31, 2023 | FDIC Letter re January 24, 2022 Consumer Compliance Report of Examination and Community Reinvestment Act Performance Evaluation Compliance Violations | FDICAR000325-FDICAR000330 |
| April 5, 2023 | Email summary of 4/5/23 Call with President of Independence Bank | FDICAR000331 |
| April 5, 2023 | FDIC transmittal Letter re January 9, 2023 Safety and Soundness Visitation | FDICAR000332-FDICAR000334 |
| April 14, 2023 | FDIC Memorandum to File re April 14, 2023 Meeting with Independence Bank Regarding Fifteen Day Letter Transmitted on March 31, 2023 | FDICAR000335-FDICAR000337 |
| April 21, 2023 | Letter from Ms. Heather Marshall re Independence Bank Response to Restitution and CMP issues | FDICAR000338-FDICAR000961 |

| Date | Description | Bates |
|---|---|---|
| April 25, 2023 | FDIC Memorandum from J. Palazzo re Summary of January 9, 2023 Visitation Exit Meeting | FDICAR000962-FDICAR000965 |
| April 28, 2023 | Independence Bank Quarterly Progress Report – April 30, 2023 | FDICAR000966-FDICAR000994 |
| May 1, 2023 | FDIC Memorandum to File re 5/1/23 Conference Call with Independence Bank | FDICAR000995-FDICAR000999 |
| May 4, 2023 | FDIC Memorandum to File re 5/4/23 Conference Call with Independence Bank | FDICAR001000-FDICAR001001 |
| May 9, 2023 | FDIC Memorandum to File re 5/9/23 Conference Call with Independence Bank's Chief Financial Officer | FDICAR001002-FDICAR001003 |
| May 16, 2023 | Email from Ms. Heather Marshall on behalf of Independence Bank indicating the Bank's Board voted to rescind the request for SARC Appeal | FDICAR001004-FDICAR001010 |
| May 18, 2023 | FDIC Letter re Quarterly Progress Report submitted on April 28, 2023 | FDICAR001011 |
| May 26, 2023 | Independence Bank Board of Directors Meeting Minutes on May 26, 2023 | FDICAR001012-FDICAR001020 |
| June 30, 2023 | FDIC Offsite Monitoring Report | FDICAR001021 |
| June 30, 2023 | Independence Bank Management Prepared Financial Statement | FDICAR001022-FDICAR001030 |
| July 5, 2023 | Washington Office Addendum to Termination of Order of Investigation 10(c) | FDICAR001031-FDICAR001032 |
| July 7, 2023 | Independence Bank's Response to the January 24, 2022, Consumer Compliance Report of Examination and Community Reinvestment Act Performance Evaluation | FDICAR001033-FDICAR001852 |
| July 11, 2023 | FDIC Certification FDIC-20-0021n re 10(c) Termination Order | FDICAR001853 |
| July 11, 2023 | FDIC Order FDIC-20-0021n Terminating 10(c) Investigation | FDICAR001854 |
| July 28, 2023 | Independence Bank Quarterly Progress Report - July 28, 2023 | FDICAR001855-FDICAR001863 |

| Date | Description | Bates |
|---|---|---|
| August 1, 2023 | Agenda FDIC and Rhode Island Banking Division re Management Exit Meeting, Joint 2023 Safety and Soundness Examination, Independence Bank, August 1, 2023 | FDICAR001864-FDICAR001866 |
| August 2, 2023 | Examination Call-In Memorandum Consent Order Recommendation | FDICAR001867-FDICAR001877 |
| August 2, 2023 | FDIC Memorandum Consent Order Recommendation | FDICAR001878-FDICAR001880 |
| August 28, 2023 | Independence Bank Board of Directors Meeting Minutes | FDICAR001881-FDICAR001889 |
| September 6, 2023 | Independence Bank Notice Voluntary Termination of Insured Status | FDICAR001890-FDICAR001931 |
| September 21, 2023 | FDIC Transmittal Letter re June 20, 2023 Joint Safety and Soundness Report of Examination | FDICAR001932-FDICAR001934 |
| September 22, 2023 | FDIC Letter re Voluntary Restitution Agreement Related to UDAP Violations Cited in FDIC's January 24, 2022 Compliance Report of Examination | FDICAR001935-FDICAR001938 |
| September 28, 2023 | Independence Bank Board of Directors Meeting Minutes | FDICAR001939-FDICAR001946 |
| September 30, 2023 | FDIC Offsite Review Memorandum | FDICAR001947 |
| October 4, 2023 | FDIC Letter re Independence Bank October 4, 2023 - Board of Directors' Meeting Summary | FDICAR001948-FDICAR001949 |
| October 5, 2023 | FDIC Division of Risk Management Supervision emails re Independence Bank Deposit Discussions | FDICAR001950-FDICAR001952 |
| October 10, 2023 | FDIC Division of Depositor and Consumer Protection email Summary re October 10, 2023 - Telephone meeting with President Marshall and CEO Catanzaro | FDICAR001953-FDICAR001955 |
| October 20, 2023 | Independence Bank Response to the June 20, 2023, Joint Safety and Soundness Report of Examination | FDICAR001956-FDICAR001957 |
| October 27, 2023 | FDIC Memorandum to File re 10/19/23 & 10/26/23 Conference Calls with Bank Management Draft Letter to Depositors | FDICAR001958-FDICAR001969 |

| Date | Description | Bates |
|---|---|---|
| October 27, 2023 | Independence Bank Board of Directors Meeting Minutes | FDICAR001970-FDICAR001977 |
| October 30, 2023 | Independence Bank Quarterly Progress Report - October 30, 2023 | FDICAR001978-FDICAR001983 |
| October 31, 2023 | Independence Bank Request for Review of Report of Examination Ratings | FDICAR001984-FDICAR002012 |
| November 1, 2023 | FDIC Letter re Voluntary Termination of Insured Status | FDICAR002013-FDICAR002014 |
| November 2, 2023 | FDIC Memorandum to file re 11/1/23 MSTeams Meeting with the RI Division of Banking Regarding Independence Bank | FDICAR002015-FDICAR002034 |
| November 9, 2023 | FDIC and RIDBR Joint Letter to Independence Bank re Response to the June 20, 2023 Joint Safety and Soundness Report of Examination and Third Quarter 2023 Progress Report | FDICAR002035 |
| November 9, 2023 | FDIC Notice of Charges and of Hearing and Prayer for Relief FDIC-23-0046B – Independence Bank | FDICAR002036-FDICAR002048 |
| November 13, 2023 | FDIC Letter from Mark Pearce, Division of Depositor and Consumer Protection re SARC Review | FDICAR002049 |
| November 27, 2023 | FDIC Independence Bank Board Case – Notification of Termination of Insured Status | FDICAR002050-FDICAR002064 |
| November 29, 2023 | Independence Bank Board of Directors Minutes | FDICAR002065-FDICAR002071 |
| December 5, 2023 | Delegation of Authority to Doreen R. Eberley, Director, Division of Risk Management Supervision under FDIC Board of Directors Resolution approved on December 5, 2023 | FDICAR002072-FDICAR002075 |
| December 5, 2023 | FDIC Board Decision re Independence Bank Voluntary Termination of Insured Status | FDICAR002076-FDICAR002081 |
| December 5, 2023 | Memorandum of an Action of the FDIC Board of Directors on December 5, 2023 (NV-2023-21) Final | FDICAR002082-FDICAR002086 |
| December 5, 2023 | Statement by Vice Chairman Hill regarding Independence Bank - Independence Bank Notice to Voluntarily Terminate Deposit Insurance | FDICAR002087-FDICAR002088 |