UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INDEPENDENCE BANK,<br><br>   Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION and RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION,<br><br>   Defendants. | Case No. 23-cv-00447-JJM-PAS |

### DISMISSAL STIPULATION

NOW COME Plaintiff Independence Bank, and Defendants Rhode Island Department of Business Regulation and Federal Deposit Insurance Corporation pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and they hereby stipulate that the Amended Complaint shall be dismissed with prejudice. Each party to bear its own costs.

Plaintiff,

INDEPENDENCE BANK,

/s/ [signature]
Travis J. McDermott, Esq. #8738
PARTRIDGE SNOW & HAHN LLP
40 Westminster Street, Suite 1100
Providence, RI 02903
Tel: (401) 861-8200
Fax: (401) 861-8210
Tmcdermott@psh.com
Dated: January 14, 2025

Defendant,

RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION,

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Richard L. Gemma*
Richard L. Gemma, Bar No. 3953
Special Assistant Attorney General
Office of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2088
Fax: (401) 222-2995
rgemma@riag.ri.gov
Dated: January 15, 2025

Defendant,

FEDERAL DEPOSIT INSURANCE
CORPORATION,

/s/ _____
Erik Bond, NYS Bar No 4316030
Counsel, Corporate Litigation Unit
erbond@fdic.gov
3501 N. Fairfax Drive
Arlington, VA 22226
Tel: (571) 214-6647
Fax: (703) 562-2477
Dated: January 14, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document through the ECF filing system on this 15th day of January, 2025 and that it is available for viewing and downloading.

/s/ Richard L. Gemma